IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | No. CIV S-11-0431-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANDERSON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 22, 2011, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The findings and recommendations filed April 22, 2011, are adopted in full; and

4      2.    Anderson is dismissed as a defendant to this action, which shall proceed against Higgins, Harris, and Murray only.

DATED: June 30, 2011

                      /s/ John A. Mendez
                      UNITED STATES DISTRICT JUDGE